IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BARINE DEEZIA,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF LINCOLN, GREGORY GRAHAM, Lincoln Police Department Officer; AARON PETH, Lincoln Police Department Officer; TREY WAYNE, Lincoln Police Department Officer; ANDREW WINKLER, Lincoln Police Department Officer; MARK MOORE, Lincoln Police Department Officer; PATRICK MURPHY, Lincoln Police Department Officer; and JASON DRAGER, Lincoln Police Department Officer;<br><br>    Defendants. | 4:17CV3033<br><br>ORDER |

IT IS ORDERED that the motion to withdraw filed by Seth Morris, as counsel of record for Plaintiff, (Filing No. 20), is granted.

Dated this 27th day of April, 2017.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge