IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BARINE DEEZIA,** | ) | 4:17CV3033 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **CITY OF LINCOLN, GREGORY GRAHAM, AARON PETH, TREY WAYNE, ANDREW WINKLER, MARK MOORE, PATRICK MURPHY, and JASON DRAGER,** | ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court upon the agreement of the parties for an order pursuant to Rule 502(d) of the Federal Rules of Evidence. ([Filing No. 43](#).) The Court finds that entry of this Rule 502(d) Order will limit further expenditure of time and resources by the Court and the parties.

Accordingly,

**IT IS ORDERED:**

1. The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

DATED this 31st day of October, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge