IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| BARINE DEEZIA, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | 4:17CV3033 |
| v. | ) | |
| CITY OF LINCOLN, GREGORY GRAHAM, Lincoln Police Department Officer, AARON PETH, Lincoln Police Department Officer, TREY WAYNE, Lincoln Police Department Officer, ANDREW WINKLER, Lincoln Police Department Officer, MARK MOORE, Lincoln Police Department Officer, PATRICK MURPHY, Lincoln Police Department Officer, and JASON DRAGER, Lincoln Police Department Officer, | ) | ORDER |
| Defendants. | ) | |

Unfortunately, due to the complexity of the pending motions for summary judgment that, among other things, raise difficult issues of qualified immunity.

IT IS ORDERED that Magistrate Judge Bazis shall reschedule the trial date and the pretrial conference for sometime after January 1, 2019. The Clerk of Court shall provide a copy of this order to Magistrate Judge Bazis.

DATED this 19th day of September, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge